MOLLIE KASSEL, as Administratrix, etc., Respondent, v. EMPIRE TIN-WARE COMPANY and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

HUGO PANZER, Respondent, v. CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Mills, Rich and Blackmar, JJ.; Kelly, J., taking no part.

CHARLOTTE PEARSALL, Respondent, v. JAMES MACBETH, etc., Appellant. — Motion denied.   Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ..

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL F. DALTON, Appellant, v. WILLIAM WILLIAMS, as Commissioner of Water Supply, etc., and Others, Respondents.— Motion denied, without costs.   Present — Jenks, P. J., Mills, Rich and Blackmar, JJ.; Kelly, J., taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY N. MERRITT, Respondent, v. HENRY P. TUTHILL, as County Treasurer, and Another, Appellants.— Motion granted.   Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.   Order to be settled before Mr. Justice Blackmar.

ANNA F. SANFORD, Appellant, v. CHARLOTTE LE ROY LINDLEY and Others, Appellants.  RULEF VAN BRUNT and Others, Defendants; TOWN OF BABYLON, Respondent.  (Action No. 1.) — Motion denied.   Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

ESTHER THOMAS, Respondent, v. ALEXANDER ZAHKA and WADDIE NAJJAR, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

JAMES L. DOWSEY, Respondent, v. W. BOURKE COCKRAN, Appellant. — Order affirmed, with ten dollars costs and disbursements.   No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., for the Purpose of Opening and Extending TROY AVENUE, etc., Borough of Brooklyn, City of New York. WILLIAM E. HALLOCK, Respondent.— Order affirmed, with ten dollars costs and disbursements.·  No opinion.   Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.